1  MELINDA HAAG (CABN 132612)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  LOWELL C. POWELL (CABN 235446)
   Special Assistant United States Attorney
6
       450 Golden Gate Avenue, Box 36055
7      San Francisco, California 94102
       Telephone: (415) 436-7368
8      Facsimile: (415) 436-7234
       E-Mail: lowell.powell2@usdoj.gov
9
   Attorneys for the United States of America
10

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                       SAN FRANCISCO DIVISION

14
   UNITED STATES OF AMERICA,          )   No. CR 10-0726 RS
15                                    )
        Plaintiff,                    )
16                                    )
             v.                       )   **STIPULATION AND [PROPOSED]**
17                                    )   **ORDER EXCLUDING TIME UNDER 18**
   JOSE TORRES MORALES,               )   **U.S.C. § 3161**
18      a/k/a Manuel Chavez Torres,   )
        a/k/a Juan Lopez Morales,     )
19      a/k/a Antonio Mendoza Zamora, )
                                      )
20      Defendant.                    )
                                      )
21

22      On October 12, 2010, the parties in this case appeared before the Court. At that time, the

23 Court continued the matter to November 23, 2010. The parties have agreed to exclude the period

24 of time between October 12, 2010 and November 23, 2010, from any time limits applicable

25 under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the

26 reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. §

27 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an

28 ///

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 10-0726 RS

1  exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.
2  18 U.S.C. § 3161(h)(7)(A).  At the hearing, the Court made findings consistent with this
3  agreement.
4  SO STIPULATED:

                              MELINDA HAAG
                              United States Attorney

8  DATED: October 12, 2010                        /s/
                                      LOWELL C. POWELL
9                                        Special Assistant United States Attorney

11  DATED: October 12, 2010                       /s/
                                      GEOFFREY HANSEN
12                                        Attorney for JOSE TORRES MORALES

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 10-0726 RS

[PROPOSED] ORDER

For the reasons stated above and at the October 12, 2010 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from October 12, 2010 through November 23, 2010 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 10/13/10

_____
THE HONORABLE RICHARD SEEBORG
United States District Judge

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 10-0726 RS