1    MELINDA HAAG (CABN 132612)
     United States Attorney
2
3    MIRANDA KANE (CABN 150630)
     Chief, Criminal Division
4    LOWELL C. POWELL (CABN 235446)
     Special Assistant United States Attorney
5
6        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102
7        Telephone: (415) 436-7368
         Facsimile: (415) 436-7234
8        E-Mail: lowell.powell2@usdoj.gov

9    Attorneys for the United States of America

10                   UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13
14   UNITED STATES OF AMERICA,        )    No. CR 10-0726 RS
                                       )
15            Plaintiff,               )
                                       )
16        v.                           )    STIPULATION AND [PROPOSED]
                                       )    ORDER EXCLUDING TIME UNDER 18
17   JOSE TORRES MORALES,              )    U.S.C. § 3161
          a/k/a Manuel Chavez Torres,  )
18        a/k/a Juan Lopez Morales,    )
          a/k/a Antonio Mendoza Zamora, )
19                                     )
              Defendant.               )
20                                     )

21        On November 23, 2010, the parties in this case appeared before the Court.  At that time,

22   the Court continued the matter to December 14, 2010.  The parties have agreed to exclude the

23   period of time between November 23, 2010, and December 14, 2010, from any time limits

24   applicable under 18 U.S.C. § 3161.  The parties represented that granting the exclusion would

25   allow the reasonable time necessary for effective preparation of counsel.  *See* 18 U.S.C. §

26   3161(h)(7)(B)(iv).  The parties also agree that the ends of justice served by granting such an

27    exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.

28   ///

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 10-0726 RS

1  18 U.S.C. § 3161(h)(7)(A).  At the hearing, the Court made findings consistent with this

2  agreement.

3  SO STIPULATED:

4
5                                            MELINDA HAAG
                                          United States Attorney

6

7  DATED: November 23, 2010                        _____/s/_____

8                                            LOWELL C. POWELL
                                          Special Assistant United States Attorney

9

10 DATED: November 23, 2010                        _____/s/_____

11                                           GEOFFREY HANSEN
                                          Attorney for JOSE TORRES MORALES

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2                                            [PROPOSED] ORDER

3              For the reasons stated above and at the November 23, 2010 hearing, the Court finds that

4      the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from

5      November 23, 2010 through December 14, 2010 is warranted and that the ends of justice served

6      by the continuance outweigh the best interests of the public and the defendant in a speedy trial.

7      18 U.S.C. §3161(h)(7)(A).  Denying the requested exclusion of time would deprive the parties of

8      the reasonable time necessary for effective preparation, taking into account the exercise of due

9      diligence.  18 U.S.C. §3161(h)(7)(B)(iv).

10

11             IT IS SO ORDERED.

12

13     DATED:_ 11/23/10_____          _____

14                                      THE HONORABLE RICHARD SEEBORG
                                        United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 10-0726 RS